# Exhibit 2

# Summons

# Exhibit 2

1  **SUMM**
   **DAVID MARKMAN, ESQ.**
2  Nevada Bar No. 12440
   **MARKMAN LAW**
3  4484 S. Pecos Rd Ste. 130
4  Las Vegas, Nevada 89121
   david@markmanlawfirm.com
5  Phone: (702) 843-5899
   Fax: (702) 843-6010
6  Attorneys for Plaintiffs

7

## DISTRICT COURT
## CLARK COUNTY, NEVADA
* * * * *

9   GARETH SPICER, individually          CASE NO.: A-22-846787-C

10                Plaintiff,              DEPT. NO.:
11
12  vs.

13  US BANK, SAFECO INSURANCE
    COMPANY OF AMERICA, COPART OF
14  ARIZONA dba COPART and DOES I-X,
    ROE CORPORATIONS I-X
15
16                Defendants.

17                          **SUMMONS - CIVIL**

18  **NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS.**
19  **READ THE INFORMATION BELOW.**

20  TO THE DEFENDANT(S): A civil Complaint has been filed by the Plaintiff(s) against you for
21
22  the relief set forth in the Complaint.

                              **US BANK**
23
24         1.     If you intend to defend this lawsuit, within 21 days after this Summons is served
25  on you, exclusive of the day of service, you must do the following:
26         (a)    File with the Clerk of this Court, whose address is shown below, a formal
27  written response to the Complaint in accordance with the rules of the Court, with the appropriate
28  filing fee.

EXHIBIT 2

    (b) Serve a copy of your response upon the attorney whose name and address is shown below.

2.    Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3.    If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4.    The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

Issued at the direction of:

/s/ David Markman
DAVID MARKMAN, ESQ.
Nevada Bar No. 12440
MARKMAN LAW
4484 S. Pecos Rd. # 130
Las Vegas, Nevada 89121
Ph: (702) 843-5899
Fax: (702) 843-6010

CLERK OF COURT

_____ 1/18/2022
DEPUTY CLERK    Date
Regional Justice Center
County Courthouse
200 Lewis Avenue
Las Vegas, Nevada 89155

**Demond Palmer**

EXHIBIT 2