1  Richard C. Gordon, Esq.
   Nevada Bar No. 9036
2  Aleem A. Dhalla, Esq.
   Nevada Bar No. 14188
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, Nevada 89169
   Telephone: 702.784.5200
5  Facsimile: 702.784.5252
   Email: rgordon@swlaw.com
6         adhalla@swlaw.com

7  *Attorneys for Defendant Safeco Insurance Company of America*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GARETH SPICER, | Case No. 2:22-cv-01003-JCM-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING TIME FOR SAFECO INSURANCE COMPANY OF AMERICA TO FILE RESPONSE TO COMPLAINT** |
| US BANK, SAFECO INSURANCE COMPANY OF AMERICA, COPART OF ARIZONA d/b/a COPART, and Does I-X, Roe Corporations I-X, | |
| Defendants. | |

Pursuant to Local Rule 7-1, Plaintiff Gareth Spicer ("Plaintiff") and Defendant Safeco Insurance Company of America ("Safeco" and collectively with Plaintiff, the "Parties"), by and through their respective undersigned counsel of record, submit this Stipulation and Order.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time for Safeco to respond to the Complaint in this action is extended to and through August 15, 2022.

4868-6190-6729

| | | |
|---|---|---|
| 1 | DATED this 22nd of July 2022. | DATED this 22nd of July 2022. |
| 2 | SNELL & WILMER L.L.P. | MARKMAN LAW |
| 4 | By: /s/ *Richard C. Gordon* | By: /s/ *David Markman* |
| 5 | Richard C. Gordon, Esq.<br>Aleem A. Dhalla, Esq. | David Markman, Esq.<br>4484 S. Pecos Road, Suite 130 |
| 6 | 3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada  89169 | Las Vegas, Nevada  89121 |
| 7 | *Attorneys for Defendant Safeco Insurance Company of America* | *Attorney for Plaintiff* |

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  7-22-2022 _____

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702.784.5200

4868-6190-6729

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I electronically transmitted the foregoing **STIPULATION AND ORDER EXTENDING TIME FOR SAFECO INSURANCE COMPANY OF AMERICA TO FILE RESPONSE TO COMPLAINT** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED this 22nd day of July 2022

                                              */s/ Gaylene Kim-Mistrille*
                                              An employee of SNELL & WILMER L.L.P.

4868-6190-6729