UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARETH SPICER,<br><br>    Plaintiff<br><br>v.<br><br>US BANK, et al.,<br><br>    Defendants | Case No.: 2:22-cv-01003-APG-BNW<br><br>**Order Granting Unopposed Motion to Dismiss**<br><br>[ECF No. 91] |

I ORDER that defendant Safeco Insurance Company's motion to dismiss **(ECF No. 91) is GRANTED** as unopposed under Local Rule 7-2(d).

DATED this 24th day of March, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE