UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARETH SPICER,<br><br>    Plaintiff<br><br>v.<br><br>US BANK, et al.,<br><br>    Defendants | Case No.: 2:22-cv-01003-APG-BNW<br><br>**Order Granting Motion to Amend Judgment**<br><br>[ECF No. 105] |

I ORDER that defendant Safeco Insurance Company of America's motion to correct judgment **(ECF No. 105) is GRANTED**.  The clerk of court is instructed to enter an amended judgment consistent with my orders at ECF Nos. 96 and 103.

DATED this 31st day of October, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE